446 A.2d 702

Commonwealth v. McGreal, Appellant.

Argued November 4, 1981. Julius E. Fioravanti, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.

446 A.2d 703

Commonwealth v. Milano, Appellant.

Submitted December 15, 1981. Robert Pappano, Assistant Public Defender, for appellant; Rex R. Gary, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment of sentence affirmed.